UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| TERESA MOSES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARSHALL COUNTY BOARD ) <br> OF EDUCATION, ) <br> ) <br> Defendant. ) | Case No. 1:11-cv-00049 <br> Judge Knowles |

## ORDER

For the reasons set forth in the Memorandum Opinion filed contemporaneously herewith, Defendant's Motion to Dismiss Plaintiff's State Law and Punitive Damage Claims is GRANTED IN PART and DENIED IN PART. Specifically, Defendant's Motion is GRANTED with respect to the dismissal of Plaintiff's punitive damage claims, and DENIED with respect to the dismissal of Plaintiff's state law claims.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge