IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| **TERESA MOSES** | ) |
| | ) |
| v. | ) Civil Action No. 1:11-0049 |
| | ) Magistrate Judge Knowles |
| **MARSHALL COUNTY BOARD OF EDUCATION** | ) |
| | ) |

### O R D E R

The Court has been advised that the parties have settled this case. Therefore, the jury trial set for May 21, 2013, is cancelled.

On or before June 20, 2013, the parties shall submit an agreed order of dismissal or other appropriately captioned document.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge