UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| TERESA MOSES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:11-CV-00049 |
| | ) | Magistrate Judge Knowles |
| MARSHALL COUNTY BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF COMPROMISE AND SETTLEMENT

It appearing to the Court, as shown by the signature of counsel for the parties, that all matters in controversy have been compromised and settled, it is **ORDERED**, that this matter shall be and is hereby, **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge

AGREED AND APPROVED BY:

/s/ John D. Schwalb
**JOHN D. SCHWALB (BPR #11671)**
john_schwalb@msn.com
**WILLIAMS & SCHWALB, PLLC**
108 Fourth Avenue South, Suite 208
Franklin, Tennessee 37064
(615) 794-7100
*Attorney for Defendant*